■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD D. CASCIERE, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Burke, J. — driving while intoxicated.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.

■ RYDER TRUCK RENTAL, INC., Respondent v C. VAUGHAN LEWIS, JR., et al., Appellants. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: The rule in *Barasch v Micucci* (49 NY2d 594) requires the unconditional dismissal of this action for failure to serve a complaint (CPLR 3012, subd [b]). The attorney's allegation of illness was unsupported by medical documentation and no explanation was given why he did not recommend that other counsel be retained (see *Wolfe v Town of Hempstead, Dept. of Parks & Recreation,* 75 AD2d 811; see, also, *Premo v Cornell,* 83 AD2d 981; *Caton v Schenectady Gazette,* 82 AD2d 949). The bulk of the delay appears to have been caused by a shortage of secretarial staff. This explanation falls within the category of "law office failure" (see *City of New York v Ingber,* 80 AD2d 773). (Appeal from order of Supreme Court, Oneida County, Stone, J. — dismiss complaint.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.

■ CLIFFORD L. TREMBLAY, as Administrator of the Estate of YVONNE C. TREMBLAY, Deceased, and as Guardian of ALISCIA TREMBLAY, an Infant, Respondent, v MICHAEL J. McCABE, Appellant. — Order unanimously reversed, without costs, motion granted, and complaint dismissed. Memorandum: Plaintiff has failed to make any showing of merit to his action or advance any reasonable excuse for the failure to file a note of issue and a certificate of readiness and the court abused its discretion in denying defendant's motion to dismiss. (Appeal from order of Supreme Court, Erie County, Mattina, J. — dismiss complaint.) Present — Simons, J. P., Doerr, Denman, Boomer and Moule, JJ.